IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN ANTHONY DOUGLAS,

    Plaintiff,                    No. CIV S-09-3412 KJM GGH P

    vs.

B. STEVENS,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Because it is not clear that plaintiff could have received defendant's reply (docket # 39), in light of plaintiff's very recent notice of change of address (docket # 40), to plaintiff's opposition to defendant's motion for summary judgment, defendant is directed to re-serve the reply at plaintiff's most current address at Mule Creek State Prison.

        IT IS SO ORDERED.

DATED: March 29, 2011

                                  /s/ Gregory G. Hollows

                                  GREGORY G. HOLLOWS
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
doug3412.ord