IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN ANTHONY DOUGLAS,

    Plaintiff,                    No. CIV S-09-3412 KJM GGH P

    vs.

B. STEVENS,

    Defendant.                <u>ORDER</u>

_____/

        On October 6, 2011, plaintiff filed a motion for appointment of counsel. Defendant's motion for summary judgment was granted, and judgment thereon entered on September 28, 2011, in this civil rights action. Plaintiff filed his appeal on October 6, 2011, along with his request for counsel. This court no longer has jurisdiction in this case. Plaintiff may choose to file his request for appointment of counsel on appeal to the Ninth Circuit Court of Appeals but the request directed to this court (docket # 49) must be placed in the file and disregarded.

        IT IS SO ORDERED.

DATED: October 19, 2011

                                      /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
doug3412.ord2